UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAYNOR MARKETING, LTD.,

    Plaintiff,                                        CASE NO.: 3:17-cv-436-J-32PDB

v.

THE PHOENIX INSURANCE COMPANY
and LIBERTY INSURANCE CORPORATION

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL

COME NOW the Plaintiff, RAYNOR MARKETING, LTD., and the Defendants, THE PHOENIX INSURANCE COMPANY and LIBERTY INSURANCE CORPORATION, by and through their respective counsel, and stipulate to the dismissal with prejudice of this action, with each party to bear its own attorney's fees and costs.

| WEG AND MYERS, P.C. | BUTLER WEIHMULLER KATZ CRAIG LLP |
|---|---|
| /s/ Joshua L Mallin_____<br>JOSHUA L. MALLIN, ESQ.<br>jmallin@wegandmyers.com<br>52 Duane Street, 2nd Floor<br>New York, New York 10007<br>Telephone: (212) 227-4210<br>Facsimile: (212) 349-6702<br>Attorneys for: *Raynor Marketing, Ltd.*<br><br>*And*<br><br>JAKAB LAW PLLC<br>Local Counsel of Record<br>Kevin Jakab, Esq.<br>1936 San Marco Blvd.<br>Jacksonville, FL 32207<br>Ph: (904) 683-2290<br>kjakab@jakablaw.com | **/s/** Fay E. Ryan_____<br>FAY E. RYAN, ESQ.<br>Florida Bar No.: 0965944<br>fryan@butler.legal<br>YONIT ROSENGARTEN<br>Florida Bar. No. 0115803<br>yrosengarten@butler.legal<br>Secondary kmiller@butler.legal<br>bmoore@butler.legal<br>400 N. Ashley Drive, Suite 2300<br>Tampa, Florida 33602<br>Telephone: (813) 281-1900<br>Facsimile: (813) 281-0900<br>Attorneys for: *Liberty Insurance Corporation* |

COLE, SCOTT & KISSANE, P.A.


/s/ Joseph T. Kissane
JOSEPH T. KISSANE
Florida Bar. No. : 512966
joe.kissane@csklegal.com
DANIEL R. DUELLO
Florida Bar No. 68660
daniel.duello@csklegal.com
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone:	(904) 672-4031
Facsimile:	(904) 672-4050
Attorneys for: *The Phoenix Insurance Company*