# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

RAYNOR MARKETING, LTD.,

    Plaintiff,

v.                                           Case No.   3:17-cv-436-J-32PDB

THE PHOENIX INSURANCE
COMPANY and LIBERTY
INSURANCE CORPORATION,

    Defendants.

_____

## **O R D E R**

Upon review of Joint Stipulation for Dismissal (Doc. 61), filed on August 15, 2018, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of August, 2018.

                                                  TIMOTHY J. CORRIGAN
                                                United States District Judge

sj
Copies:

Counsel of record